

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00788-CR

The **STATE** of Texas,
Appellant

v.

Cynthia **AMBROSE**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10002
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order granting a new trial is REVERSED. We REMAND this cause and instruct the trial court to reinstate the judgment.

SIGNED January 7, 2015.

_____
Luz Elena D. Chapa, Justice